**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEFFERY S. COWGILL**                                                                    **PLAINTIFF**
**ADC #145476**

**v.**                                        **4:24-cv-00543-BRW-JJV**

**GARY MUSSELWHITE**
**Warden, Cummins Unit, ADC,** *et al.*                                    **DEFENDANTS**

<u>**ORDER**</u>

For good cause shown, Plaintiff's Motion to Amend the Complaint (Doc. No. 19) is

GRANTED. The Clerk is directed to file a copy of that Motion as Plaintiff's Third Amended

Complaint. The Recommended Disposition (Doc. No. 16) screening Plaintiff's Second Amended

Complaint is DENIED as MOOT.

After carefully reviewing the allegations in the Third Amended Complaint pursuant to 28

U.S.C. § 1915A, I conclude Plaintiff has pled a plausible claim that Defendants Musselwhite,

Pierce, Young, Coleman, Woods, and Nash failed to protect him from being attacked in June

2024.   All other claims and Defendants are DISMISSED without prejudice for failing to state a

plausible claim and/or improperly joined.

The case is referred back to United States Magistrate Judge Volpe for further

proceedings.

I certify, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this

Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of August, 2024.

<u>Billy Roy Wilson                              </u>
UNITED STATES DISTRICT JUDGE