**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEFFERY S. COWGILL**                                                                                      **PLAINTIFF**
**ADC #145476**

v.                                            **4:24-cv-00543-BRW-JJV**

**GARY MUSSELWHITE,**
**Warden, Cummins Unit, ADC,** *et al.*                                                            **DEFENDANTS**

## ORDER

I have reviewed a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Doc. No. 69). Plaintiff Jeffery S. Cowgill has not filed objections, and the time to do so has passed. After careful consideration, I adopt the Recommendation in all respects.

Therefore, the Third Amended Complaint (Doc. No. 21) is dismissed without prejudice, and this case is closed. The Motion to Appoint Counsel (Doc. No. 74) is DENIED.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

IT IS SO ORDERED this 27th day of February, 2025.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE