IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY S. COWGILL**                                                                                          **PLAINTIFF**
**ADC #145476**

v.                                            **4:24-cv-00543-BRW-JJV**

**GARY MUSSELWHITE,**
**Warden, Cummins Unit, ADC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of February, 2025.


                                        Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE